UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CANDICE K. MARES

     Plaintiff,       Civil No. 6:25-cv-01366-HL

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Order Awarding Attorney's Fees Pursuant
to the Equal Access to Justice Act, 28
U.S.C. § 2412(d)

Before the Court is the Motion of Plaintiff, Candice K. Mares, for award of attorney's fees

pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well

as the position of the defendant who has indicated no opposition to this Motion, and recognizing

Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

**IT IS HEREBY ORDERED** that attorney fees and expenses in the total amount of

Seven Hundred Ninety-Five Dollars ($795.30) pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The Court hereby awards EAJA fees, broken down as follows:

Plaintiff is awarded fees for 2.4 hours of attorney work performed in 2025 and 2026 ($620.30), and 1.4 hours of paralegal work performed in 2025 and 2026 ($175.00) for a total fee of $795.30 under 28 U.S.C. § 2412(d);

If the U.S. Department of the Treasury determines that Plaintiffs EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Maren Miller Barn, by electronic funds transfer (EFT) or by check mailed to the following address:

Salus Disability, LLC
723 The Parkway
Richland, WA, 99352

So ordered.

Date: March 20, 2026

Andrew D. Hallman
United States Magistrate Judge